# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE IN THE INTEREST OF M.F.                    NO. 2023 KW 0463


**MAY 17, 2023**

---

In Re:    M.F., applying for supervisory writs, City Court, Parish of St. Tammany, No. 23JP1445.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

    **WRIT DENIED.** Louisiana Children's Code articles 888, et seq., do not mandate a predisposition report order. See La. Ch. Code art. 888(A). See also **State ex rel. D.C.**, 2011-0400 (La. App. 1st Cir. 6/10/11), 2011 WL 3658414 (unpublished).

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT